UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CITY BROOMFIELD,<br><br>Plaintiff<br><br>v.<br><br>ROMEO ARANAS et al.,<br><br>Defendants | Case No. 3:18-cv-00184-MMD-WGC<br><br>ORDER |

**I.  DISCUSSION**

The Court denies Plaintiff's motion for return copies of e-file attachments (ECF No. 4). The Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*. If Plaintiff wishes to receive copies of electronically filed documents from the Court, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5).

Plaintiff has filed a motion to extend his copy work limit. (ECF No. 5). An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." In this district, courts have found that they can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. *See Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011). In this case, the Court denies Plaintiff's motion at this time. Plaintiff may renew this motion if Plaintiff's complaint survives screening.

Moreover, the Court notes that Plaintiff's case is in line for screening and that the Court will issue a screening order in due course.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for return copies (ECF No. 4) is denied.

It is further ordered that the motion to extend prison copy work limit (ECF No. 5) is

denied.

DATED: January 22, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE